UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
WARREN PATTERSON and MARGARET PATTERSON,

          Plaintiff(s),

  -against-

A.W. CHESTERTON COMPANY, *et al.*

          Defendants.

---------------------------------------------------------------X

DOCKET NO. 1:13-cv-05584-RBK-JS

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Ian Millican of the law firm of Lynch Daskal Emery LLP hereby appears as a counsel of record in the above-captioned matter on behalf of defendant Georgia-Pacific LLC.

Dated:  New York, New York
         November 26, 2013

         Respectfully Submitted,

         LYNCH DASKAL EMERY LLP


         By:    /s/ Ian Millican
                Ian Millican

         Attorneys for Defendant
         Georgia-Pacific LLC
         264 West 40th Street
         New York, NY
         (212) 302-2400
         Millican@lawlynch.com

## **CERTIFICATE OF SERVICE**

   I, Ian Millican, do hereby certify that on November 26, 2013, I electronically filed notice of my appearance in this matter on behalf of Georgia-Pacific LLC.

Dated: New York, New York
    November 26, 2013

                  /s/ Ian Millican
                  Ian Millican