

**LOCKS** LAW FIRM, LLC

801 North Kings Highway
Cherry Hill, New Jersey 08034
T 856.663.8200
T 866.LOCKSLAW
F 856.661.8400
www.lockslaw.com

Gene Locks
James J. Pettit††
Michael A. Galpern††
Karl Friedrichs

Michael B. Leh
Steven P. Knowlton
Jonathan W. Miller
Jerry A. Lindheim
Andrew P. Bell
David D. Langfitt
Andrew J. Dupont

Jennifer L. Emmons
James A. Barry
Neel D. Bhuta
Ryan W. Anderson
Melanie J. Garner
Stephanie R. Milstein
Priscilla E. Jimenez

Of Counsel:

Lee S. Goldsmith, M.D., LLP

Goldsmith, Ctorides & Rodriguez, LLP

Charles N. Riley

Christopher A. Brown
Law Office of Christopher A. Brown

††CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY

September 16, 2014

**VIA ECF**
Honorable Judge Kugler
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse & Federal Building
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    **Estate of Warren Patterson v. Georgia Pacific**
           Civil Action No.: 13-cv-13-5584 (RBK/JS)

Dear Judge Kugler:

    This office represents Plaintiff in the above-referenced action. Defendant Georgia Pacific Corporation, filed its Motion for Summary Judgment on September 15, 2014. We are writing to invoke the provisions of Local Rule 7.1(d)(5) to extend the time to file our opposition papers to Defendant's Motion for Summary Judgment. Presently, Defendant's Motion is returnable on October 20, 2014, and the date for Plaintiff to file opposition papers to the Motion is October 6, 2014. The new Motion day will be November 3, 2014, which would make Plaintiffs' opposition papers due on October 20, 2014, and Defendant's reply papers, if any, due on October 27, 2014.

    Thank you for your attention to this matter.

                        Respectfully submitted,
                        LOCKS LAW FIRM, LLC

                        /s/ James J. Pettit
                        James J. Pettit

cc:    All Counsel (via ECF)